The creditor shall give the debtor at least seven days' notice of the time, place, and date of sale.

**Entered on Docket**
**July 30, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AR5
09-73313

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-19146-lbr |
|---|---|
| Hazel Frederick | Chapter 13 |
| Debtor | |

## ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates

Series 2005-AR5, its assignees and/or successors in interest, of the subject property, generally described as 4420 Mark Ave., Las Vegas, NV 89108, and legally described as follows:

> LOT 134 IN BLOCK 2 OF COLLEGE HEIGHTS NO.3-A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 9 OF PLATS, PAGE 42 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS SO ORDERED.

Dated this _____ day of _____ 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:____/s/Gregory L. Wilde, Esq_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Randolph Goldberg
Attorney for Debtor

**APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee